RECEIVED IN
The Court of Appeals
Sixth District

MAR 1 2 2015

Texarkana, Texas
Debra Autrey, Clerk

MARK ANTHONY YOUNG,
APPELLANT

v.

THE STATE OF TEXAS,
APPELLEE

§ App.No. 06-14-00086-CR

§ IN THE COURT OF APPEALS

§ SIXTH APPELLATE DISTRICT

§ STATE OF TEXAS

FILED IN
The Court of Appeals
Sixth District

MAR 1 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## MOTION FOR EXTENSION OF TIME

## IN WHICH TO FILE A RESPONSE

## TO ANDERS BRIEF

Now comes Mark Anthony Young,appellant,pro se, in the above styled and number cause to present a Motion for Extension of Time inwhich to File a Response to Anders Brief,that was filed by Young's court-appointed attorney. Young request that the extension be for 30 days.Appellants request for extension of time is not for purposes of delay,but that he may fairly have enough time to properly prepare a response. A response is due on March 19,2015. In support of his motion Young shows the following:

A). Appellant is incarcerated at the Michael Unit,in Tennessee Colony,Tx,where the unit is on a scheduled lockdown starting March 4,2015.

B). Appellant has reviewed the 'DVD' of the surveillance video played to the jury,(onley part of this video was played), in shis case. The 'ending' of this viedo shows that some- one outher than the appellant committed the crime.Young is trying to properly prepare a response for this Court.

C). Appellant has reviewed the trial record and beleives there are ground(s) that can be raised on direct appeal, that was harmfull at trial. Young is trying to properly prepare those ground(s) for this Court to review.

1

Additionally,Young is a pro se litigant.And,due to his lack of legal knowledge and his limited legal reasearch material provided at the Michael Unit law library,Young needs additional time to fully pre pare and file a response to the Anders Brief.Young assures the Court that this request is not designed to harass,nor to unnecessarily delay these proceedings,but to ensure that Young has sufficient time to fully and properly respond to the Anders Brief. For the foregoing reasons,Young respectfully moves this Court for an extension,up to and including April 18,2015,to file a response,or in the alternative,Young ask this Court to review the 'DVD' and the Trial Records,for error.

## INMATE DECLARATION

I, Mark Anthony Young,TDCJ # 1929961          ,currently incarcerated in the Texas Department of Criminal Justice,at the Michael Unite,in Tennessee colony,Texas,do solemnly swear under the penalties of perjury that the foregoing Motion is true and correct to the best of my knowledge.I further state the enclosed information is true and correct .


**EXECUTED ON THIS 4 day of March 2015.**

*Mark Young*
Mark Anthony Young
TDCJ # 1929961 #
Michael Unit
2664 FM 2054
Tennessee Colony,Tx75886


APPELLANT,PRO SE

2